# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **DERRICK LEE**, | |
| Plaintiff, | No. 1:16-cv-07325 |
| v. | Judge Manish S. Shah |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ATLANTIC COAST CONFERENCE,** and **DUKE UNIVERSITY**, | Magistrate Judge M. David Weisman |
| Defendants. | |

## NOTICE OF WITHDRAWAL OF BENJAMIN S. THOMASSEN'S APPEARANCE AND SUBSTIUTUTION WITHIN THE SAME FIRM

PLEASE TAKE NOTICE pursuant to Local Rule 83.17 of the withdrawal of Benjamin Thomassen appearance as counsel of record for Plaintiff Derrick Lee ("Plaintiff"). In support of this Notice, Edelson PC states as follows:

1. As of October 12, 2022, Mr. Thomassen is no longer working with the firm Edelson PC, which has been retained to represent Plaintiff in this matter.

2. Although Mr. Thomassen is no longer working with Edelson PC and will no longer represent Plaintiff in this action, Plaintiff will continue to be represented by other attorneys at Edelson PC, including Jay Edelson, Benjamin Richman and Rafey S. Balabanian. Plaintiff will, therefore, not be prejudiced by Mr. Thomassen's withdrawal.

WHEREFORE, Edelson PC respectfully notifies the court of the withdrawal of Benjamin Thomassen's appearance as one of the attorneys of record for Plaintiff.

Respectfully submitted,

Dated: November 23, 2022       By: /s/ Benjamin Richman

1

Benjamin Richman
Edelson PC
350 North LaSalle Street, 14th Floor
Chicago, Illinois 60654
Tel: (312) 589-6370
brichman@edelson.com

*Counsel for Plaintiff*